# MIKKELBORG
BROZ | WELLS | FRYER PLLC
ATTORNEYS AT LAW

Robert O. Wells, Jr.
Douglas M. Fryer
Jess G. Webster
John E. Lenker
Vickie F. Li

Sally A. Lanham
Shelley M. Buckholtz
Lafcadio H. Darling

OF COUNSEL
Thomas A. Pedreira
Joel Watkins, Jr. P.S.

**Joel Watkins, Jr.**
Direct: 206.224.6300
Email: jwatkins@mikkelborg.com

March 17, 2010

**VIA CM/ECF SYSTEM**

**CHIEF JUDGE KAREN A. OVERSTREET**
United State Bankruptcy Court
Western District of Washington
700 Stewart Street, Room 6301
Seattle, WA 98101

  Re: *Mudarri v. Mudarri*, Cause No. 09-01042 KAO

Dear Judge Overstreet:

On March 3, 2010, it was determined that the trial in the above-reference matter was to be stricken and plaintiff was to file a Motion for Summary Judgment within two weeks. The deadline to file would be this week.

An immediate family medical emergency arose yesterday and I have restricted my work day accordingly. I am delegating the completion of the motion to another attorney in the office and he is getting up to speed on it now. I do not know if he will be able to complete it this week. Respectfully, I am requesting leave to file the motion no later than March 25, 2010.

Thank you for giving this request your consideration.

            Very Truly Yours,

            Joel Watkins, Jr.

CC: David S. Kerruish