# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

**KAREN A. OVERSTREET**
Chief Judge

United States Courthouse
700 Stewart Street
Suite 7216
Seattle, WA 98101-1271
Phone: 206-370-5330
Fax: 206-370-5335
www.wawb.uscourts.gov

March 17, 2010

via cm/ecf

Mr. Joel Watkins, Jr.
Mikkelborg, Broz, Wells, Fryer
1001 Fourth Avenue, Suite 3600
Seattle, WA 98154

    Re:    *Mudarri v. Mudarri*, 09-01402

Dear Mr. Watkins :

    Thank you for your letter of March 17, 2010. I have no problem with you filing the summary judgment motion in the above case at any time before the end of the month, or later, if you need to depending upon your personal circumstances.

    Very truly yours,

*[signature: Karen A. Overstreet]*

    Karen A. Overstreet
    United States Bankruptcy Judge

cc:    Mr. David S. Kerruish